AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

**APPEARANCE**

United States of America

v.

Michael Chu, et al.

Case Number: 07 Cr. 1143 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

May 30, 2008
Date



Signature

Lee Renzin                                    LR-7732
Print Name                                    Bar Number

U.S. Attorney's Office - 1 St. Andrew's Plaza
Address

New York,              New York              10007
City                   State                 Zip Code

(212) 637-2723                        (212) 637-0421
Phone Number                          Fax Number